Pamela J. Yates (State Bar No. 137440)
Email address: pyates@kayescholer.com
Wendy S. Dowse (State Bar No. 261224)
Email address: wdowse@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Defendants
Wyeth Inc. (n/k/a Wyeth LLC);
Wyeth Pharmaceuticals; Pfizer Inc.
and Pharmacia & Upjohn Company LLC

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| WENDY THOMPSON, et al. | Case No. 1:04-cv-06344-OWW-DLB |
| Plaintiffs, | |
| v. | **ORDER GRANTING DEFENDANTS STIPULATION REGARDING CLOSED DOCKET** |
| WYETH INC., et al. | |
| Defendants. | |

**THE COURT HAVING READ AND CONSIDERED THE STIPULATION OF DEFENDANTS:**

**IT IS HEREBY ORDERED:**

1. The filings in Docket Nos. 13-18 are a nullity and should be stricken from the docket; and

2. That the docket in this case should remain closed unless and until the United States Judicial Panel on Multidistrict Litigation remands this case from the MDL.

IT IS SO ORDERED.

Dated: __**June 28, 2011**__        _____**/s/ Oliver W. Wanger**_____
                                                              UNITED STATES DISTRICT JUDGE